```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

KARL BISSINGER, INC., and )
KENNETH C. KELLERHALS, II, )
                                         )
           Plaintiffs, )
                                        )
      vs. )          Case No. 4:05CV579-DJS
                                        )
MAYNARD KOLBRENER, II, )
LF CHOC, LLC, MARLEY F. OTTO, )
DEBRA L. OTTO, and BRYAN CLIC, )
                                        )
          Defendants. )

## PARTIAL JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs' Count III (defamation) is dismissed for failure to state a claim under Rule 12(b)(6) to the extent that it is based on the allegedly defamatory statements in paragraphs 16 (excluding the fourth sentence), 17, 18, 19, 29(c), and 32(d)-(i) of the complaint.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Count VIII of plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted.

Dated this   28th   day of September, 2005.

                                           /s/Donald J. Stohr
                                           UNITED STATES DISTRICT JUDGE